SALVATORE BARBIERI, as Administrator of the Estate of ROSE BARBIERI, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— In an action to recover damages for alleged wrongful death of plaintiff's intestate, who fell or jumped from an elevated railroad station platform to the rails and was run over by defendant's train, order setting aside the verdict of the jury in favor of the plaintiff and granting defendant's motion for a directed verdict in its favor, modified on the law and the facts by striking out everything following the words " and the same hereby " and by adding in place thereof the following " are granted to the extent of setting aside the verdict of the jury and granting a new trial, and in all other respects are denied." As thus modified, the order is unanimously affirmed, with costs to abide the event. In view of the decision on the appeal from the order herein, the judgment is vacated, without costs. The verdict of the jury may not be sustained on the theory upon which the trial was had. On a new trial facts supporting the applicable theory may be developed. Present — Hagarty, Acting P. J., Carswell, Adel, Aldrich and Nolan, JJ.

BARNET S. BOOKSTAVER, Respondent, v. JOHN DONOHUE, Appellant, et al., Defendants.— In an action to foreclose a mortgage, judgment of the County Court, Suffolk County, adjudging that the lien of plaintiff's mortgage is superior to that of a mortgage held by appellant, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Aldrich and Nolan, JJ. [See *post,* p. 1016.]

CHARLOTTE CALLAN et al., Infants, by Their Guardian ad Litem, CHARLES CALLAN, et al., Appellants, v. CENTAUR COMPANY, Respondent, et al., Defendants.— In an action to recover damages for personal injuries and for expenses, plaintiffs appeal from an order of the Appellate Term, reversing on the law a judgment of the Municipal Court of the City of New York, Borough of Brooklyn, in their favor and dismissing the complaint. Order modified on the law and the facts by striking from the decretal paragraph everything following the words " unanimously reversed " and inserting in place thereof the following: " and a new trial ordered." As thus modified, the order is unanimously affirmed, with costs in all courts to abide the event. The plaintiffs established a prima facie case, but on the whole case the verdict is against the weight of the evidence. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ.

KENNETH E. EWART, Appellant, v. NEW IDEA YANKEE TOGS, INC., et al., Respondents.— In an action to recover damages for personal injuries and property damage, order granting defendants' motion to set aside the verdict as excessive unless within five days after service of a copy of the order plaintiff consents to a reduction of the verdict from $7,000 to $2,863, unanimously affirmed, with costs. The time within which plaintiff may file a stipulation consenting to the reduction in the verdict is extended until ten days after the entry of the order hereon. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Aldrich and Nolan, JJ.